Claude T. HAMILTON and Lillian Hills Hamilton v. Annette RICHARDS, Trustee in Bankruptcy of Claude T. Hamilton, Bankrupt.

No. 7021.

Circuit Court of Appeals, Sixth Circuit.

Nov. 2, 1937.

Swarthout & Swarthout and Oscar E. Waer, all of Grand Rapids, Mich., for appellants.

Travis, Merrick, Johnson & McCobb, of Grand Rapids, Mich., for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed, pursuant to stipulation of counsel.